IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ARMANDO VARGAS-BENITEZ, <br> DHS File Number: 205 458 129, <br><br> *Petitioner*, <br><br> V. <br><br> PAM BONDI, United States Attorney General; KRISTI NOEM, Secretary of the United States Department of Homeland Security; TODD M. LYONS, Director of U.S. Immigration and Customs Enforcement; SYLVESTER ORTEGA, Field Office Director for Detention and Removal, U.S. Immigration and Customs Enforcement; and ROSE THOMPSON, Warden, La Salle ICE Processing Center, <br><br> *Respondents*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. SA-26-CV-01216-FB |

## **TRANSFER ORDER**

Petitioner brought this habeas petition under 28 U.S.C. § 2241 to challenge his detention at the La Salle Detention Center in Encinal, Texas. (ECF No. 1 at 6). Encinal is in La Salle County, which is in the Laredo Division of the Southern District of Texas. *See* Laredo Division, U.S. DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, https://www.txs.uscourts.gov/offices/laredo-division (listing La Salle County).

"The plain language of the habeas statute . . . confirms the general rule that for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 443 (2004). Section 2241 habeas petitions "must be filed in the division that includes the county in which the petitioner is in custody." W.D. Tex. Local Rule CV-3(b).

Petitioner is confined in the Southern District of Texas, so the Court will transfer this case there in the interest of justice. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

It is therefore ORDERED that the Clerk of the Court shall TRANSFER this case to the United States District Court for the Southern District of Texas, Laredo Division.

It is so ORDERED.

SIGNED this 25th day of February, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE